

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: LILLIAN BLANCAS, IN HER OFFICIAL CAPACITY AS AN ASSISTANT DISTRICT ATTORNEY FOR THE STATE OF TEXAS, Relator. | § § § § § § § | No. 08-13-00256-CR AN ORIGINAL PROCEEDING IN MANDAMUS |

# **O R D E R**

Pending before the Court is Relator's motion to carry over the reporter's record from cause number 08-13-00186-CR into the above styled and numbered mandamus proceeding. The motion is GRANTED. The reporter's record and supplemental reporter's record filed in cause number 08-13-00186-CR shall be considered filed as a reporter's record and supplemental reporter's record in cause number 08-13-00256-CR.

IT IS SO ORDERED this 29th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)